JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VALENTE, | CASE NO: 8:14-cv-000350-JVS-RNG |
| Plaintiff, | JUDGMENT IN FAVOR OF PLAINTIFF DANIEL VALENTE |
| VS. | Before the Honorable James V. Selna, United States District Judge. |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff Daniel Valente ("Valente") and against Defendant Aetna Life Insurance Company ("Aetna"). The Court Finds that Valente is disabled from his own occupation pursuant to the terms of the disability plan. As such, the Court overturns Aetna's denial of Valente's claim for long term disability benefits.

Aetna is Ordered to pay back benefits to Valente for the 24 month "own occupation" period of the Policy within 30 days. Aetna is further Ordered to evaluate whether Valente is entitled to continued benefits under the "any occupation" standard of the Policy and whether his claim is limited by the "Mental Illness" limitation in the

**JUDGEMENT; Case No. 8:14-cv-000350-JVS-RNG**

Policy.  Aetna shall conduct this evaluation within the time periods set out in the applicable regulations promulgated by the Department of Labor.

Aetna shall pay Valente prejudgment interest on past due benefits at the current federal rate of interest for post-judgment interest.  In addition, Aetna shall pay post-judgment interest at the federal legal rate on any past due benefits which remain unpaid as of the date of this Judgment.

As Valente is the prevailing party in this litigation, he may apply to the Court for an award of attorney fees and recovery of costs of action.

**It is So Ordered**

Dated: July 8, 2015

_____
The Honorable James V. Selna
United States District Judge

**JUDGEMENT; Case No. 8:14-cv-000350-JVS-RNG**